

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

# FEES AND COSTS ORDER

February 6, 2014

*Before*

DIANE P. WOOD, *Chief Judge*

DANIEL A. MANION, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No.: 13-1243 | MICHAEL DALTON, et al.,<br> Petitioners<br><br>v.<br><br>DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, et al.,<br> Respondents |
| **Originating Case Information:** ||
| Agency Case Nos: 11-BLA-0852, 12-BLA-0168<br>Benefits Review Board ||

The following are before the court:

 1. **APPLICATION FOR ATTORNEY'S FEES,** filed on January 15, 2014, by attorney Anne Megan Davis.

 2. **RESPONSE TO APPLICATION FOR ATTORNEY'S FEES,** filed on January 27, 2014, by counsel for the respondent.

 3. **REPLY BRIEF IN SUPPORT OF APPLICATION FOR ATTORNEY'S FEES AND SUPPLEMENTAL FEE APPLICATION,** filed on January 31, 2014, by attorney Anne Megan Davis.

**IT IS ORDERED** that the motion is **GRANTED** only to the extent that Anne Megan Davis is awarded attorney's fees in the amount of $35,086.34.

form name: **c7_Order_FeesCosts**(form ID: **141**)